TFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 JUN 29 PM 1:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ppc DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No. '07 MJ 1521 |
| Plaintiff, | ) |
| v. | ) Title 8 U.S.C., Sec. 1324 (a)(2)(B)(ii) -- Bringing in Illegal Aliens For Financial Gain; Title 18 U.S.C., Sec. 2 -- Aiding and Abetting |
| ARACELI RAMIREZ-VARELA, | ) |
| Defendant. | ) |

ORDERED SEALED BY COURT
UNSEALED AS OF 10/29/07

The undersigned complainant, being duly sworn, states:

On or about May 31, 2005, within the Southern District of California, defendant ARACELI RAMIREZ-VARELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Francisco Reyes-Aguilera, Roberto Llanes-Bautista, Alejandro Marquez-Bernal, Jose Antonio Caballero-Morales, Miguel Angel Lopez-Pena, and Mario Monesterio-Baez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

H. KEITH JOHNSON, III
Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 28 DAY OF JUNE 2007.

HONORABLE LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

TRS

# STATEMENT OF FACTS

On or about May 31, 2005, within the Southern District of California, defendant ARACELI RAMIREZ-VARELA was arrested by Senior Patrol Agents of United States Border Patrol and Special Agents of United States Immigration and Customs Enforcement for smuggling Francisco Reyes-Aguilera, Roberto Llanes-Bautista, Alejandro Marquez-Bernal, Jose Antonio Caballero-Morales, Miguel Angel Lopez-Pena, and Mario Monesterio-Baez into the United States from Mexico.

Defendant ARACELI RAMIREZ-VARELA was advised of her Miranda rights and agreed to make a statement. When asked about the $2,680 in cash on her possession, RAMIREZ-VARELA admitted that $300 was her own money and the remainder, $2,380, was obtained as payment for smuggling illegal aliens into the United States. RAMIREZ-VARELA admitted that she was paid $500 for each alien successfully smuggled into the United States. RAMIREZ-VARELA further admitted that she has smuggled aliens into the United States on several occasions prior to May 31, 2005.

RAMIREZ-VARELA said that she received a telephone call at 6:00 a.m. that morning (May 31, 2005) and was informed that a load of undocumented aliens was being smuggled into the United States from Mexico somewhere near the Hollister Street area of Imperial Beach, California. RAMIREZ-VARELA said that she drove a Jeep Cherokee in the Imperial Beach area to ensure that no Border Patrol was present in the area and then used a Nextel telephone to radio a man driving a Ford Expedition to inform him where to pick up the aliens. The man loaded up the five aliens – Francisco Reyes-Aguilera, Roberto Llanes-Bautista, Alejandro Marquez-Bernal, Jose Antonio Caballero-Morales, Miguel Angel Lopez-Pena, and Mario Monesterio-Baez – into the Ford Expedition. RAMIREZ-VARELA drove the Jeep Cherokee, and led the man and the five aliens in the Ford Expedition to house in San Ysidro, California.

The five aliens – Francisco Reyes-Aguilera, Roberto Llanes-Bautista, Alejandro Marquez-Bernal, Jose Antonio Caballero-Morales, Miguel Angel Lopez-Pena, and Mario Monesterio-Baez – all admitted that they were Mexican Citizens with no legal right to enter or reside in the United States.

Based on these facts, there is probable cause to believe that defendant ARACELI RAMIREZ-VARELA aided and abetted the bringing in of illegal aliens for the purpose of commercial advantage and private financial gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.