KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-6074

Attorneys for Plaintiff
United States of America

FILED
07 JUN 29 PM 1:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

ORDERED SEALED BY COURT
unsealed as of 10/29/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ARACELI RAMIREZ-VARELA, Defendant. | ) | Magistrate Case No. '07 MJ 1521<br><br>**MOTION TO SEAL** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby moves that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be sealed until further order. Defendant ARACELI RAMIREZ-VARELA is currently one of several targets and member of an alien smuggling organization with ties to Mexico and South America. Other members of the alien smuggling organization have previously fled to Mexico upon learning of the criminal investigation.

DATED: June 28, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

[signature]
TIMOTHY F. SALEL
Assistant U.S. Attorney