FILED

07 JUN 29 PM 1:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: POC DEPUTY

~~ORDERED SEALED BY COURT~~
UNSEALED AS OF 10/29/07

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

v.

ARACELI RAMIREZ-VARELA, Defendant.

Magistrate Case No. '07 MJ 1521

**ORDER TO SEAL**

IT IS HEREBY ORDERED that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be filed under seal.

IT IS SO ORDERED.

DATED: 6/28/07.

HONORABLE LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE